UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-20852-CR-GOLD

UNITED STATES OF AMERICA,

        Plaintiff,

VS.

CEDAR DISTRIBUTORS, INC.,

        Defendant.

_____/

### ORDER REQUIRING RESPONSE TO DEFENDANT'S MOTION

This matter came before the Court pursuant to the Defendant's Motion for Early Termination of Probation filed May 8, 2012, it is hereby,

**ORDERED AND ADJUDGED** as follows;

1) That on or before **June 7, 2012**, the Government shall file a response to the Defendant's Motion **[D.E 369]** identified herein.

2) Defendant's Motion for Early Termination of Probation [DE 369] is set for hearing on before the Honorable Alan S. Gold, on **Monday, June 11, 2012 at 10:30 a.m.,** 400 North Miami Ave, Courtroom 11-1, Eleventh Floor, Miami, Florida 33128.

**DONE AND ORDERED** at Miami, Florida, this 25th day of May, 2012.

_____
SENIOR UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:    Allyson Fritz, AUSA,
        Jared E. Dwyer, AUSA
        Sheila Stanfield, USPO
        Michael R. Tein, Esq.
        Guy A. Lewis, Esq.