UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-20852-CR-GOLD/MCALILEY

UNITED STATES OF AMERICA,

v.

CEDAR DISTRIBUTORS, INC.,

      Defendant.

_____/

**UNOPPOSED AMENDED MOTION TO DISSOLVE**

Cedar Distributors ("Cedar"), doing business as Tamy Enterprise, Inc. ("Tamy"), hereby files this unopposed amended motion for leave to dissolve,[1] stating as follows:

1. On January 24, 2011, this Court sentenced Cedar to a three-year term of probation in connection with its role in a conspiracy to conceal Sony brand electronics prior to exportation. [DE 310].

2. Subsequently, Cedar was granted leave to dissolve, and its probation was transferred to Tamy, another entity controlled by Khaled Safadi.[2] [DE 358-1, 359-1, 360].

3. Mr. Safadi is scheduled to leave the United States with his family on June 17, 2012, and will be unable to return to the United States in light of his export-related conviction. Before leaving the United States, however, Mr. Safadi would like to close his business and dissolve Tamy.[3]

---

[1] This motion amends Cedar's motion to dissolve and terminate probation, filed on May 8, 2012. [DE 369].

[2] Cedar was formally dissolved with the Florida Division of Corporations on July 22, 2011.

[3] Mr. Safadi also plans to dissolve a related entity, K&D.

4. Defense counsel has conferred with the government and with U.S. Probation Office, which do not oppose the relief sought in this motion.[4]

WHEREFORE, Cedar respectfully requests that this Court allow it to dissolve Tamy.

Respectfully submitted,

LEWIS TEIN, PL
The Offices at Cocowalk
3059 Grand Avenue, Suite 340
Coconut Grove, Florida 33133
Telephone: (305) 442-1101
Facsimile: (305) 442-6744

By: /s/ *Michael R. Tein*
    GUY A. LEWIS
    Fla. Bar No. 623740
    lewis@lewistein.com
    MICHAEL R. TEIN
    Fla. Bar No. 993522
    tein@lewistein.com

*Counsel for Tamy Enterprise, Inc.*

## LOCAL RULE 88.9 CERTIFICATE

I HEREBY CERTIFY that I have conferred with counsel for the government and with a representative of U.S. Probation, who do not oppose the relief requested in this motion.

/s/ *Michael R. Tein*
Michael R. Tein

---

[4] U.S. Probation and the government have agreed that once Tamy is dissolved, and once Mr. Safadi voluntarily leaves the United States, Tamy's probation will be placed on "inactive" status for the remainder of the probationary period.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 8, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the following service list via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Michael R. Tein*
Michael R. Tein

**SERVICE LIST**

Allyson Fritz, Esq.
Assistant United States Attorneys
U.S. Attorney's Office
99 NE 4th St.
Miami, Florida 33132

Sheila Stanfield (*via email*)
United States Probation Officer
Email: Sheila_Will@flsp.uscourts.gov